IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| HARRY HEMINGWAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | No. 3:17-CV-00547 |
| | ) | |
| v. | ) | JURY DEMANDED |
| | ) | |
| JACOBS ENGINEERING GROUP, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

**UNOPPOSED MOTION OF JACOBS ENGINEERING GROUP, INC. TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO CONSOLIDATE**

Jacobs Engineering Group, Inc. ("Jacobs") respectfully moves the Court to extend the deadline for Jacobs to file a response to Plaintiff's Motion to Consolidate to Tuesday, January 30, 2018. (Doc. 5.) Counsel for Jacobs respectfully submit that they need additional time to adequately review the Motion and prepare a response. Jacobs' counsel has consulted with Plaintiff's counsel, who has indicated that Plaintiff does not oppose this extension of the deadline to file a response.

WHEREFORE, Jacobs respectfully requests that the Court extend the deadline for Jacobs to respond to the Motion to Consolidate to Tuesday, January 30, 2018.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ James F. Sanders
    James F. Sanders    No. 005267
    jsanders@nealharwell.com
    J. Isaac Sanders    No. 029372
    isanders@nealharwell.com
    Marie T. Scott    No. 032771
    mscott@nealharwell.com
1201 Demonbreun Street
Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

**SMITH CASHION & ORR, PLC**
Jefferson C. Orr    No. 12743
jorr@smithcashion.com
S. Joe Welborn    No. 21747
jwelborn@smithcashion.com
Joshua K. Chesser    No. 27993
jchesser@smithcashion.com
231 Third Avenue North
Nashville, Tennessee 37201
Telephone: (615) 742-8555
Facsimile: (615) 742-8556

*Attorneys for Defendant*
*Jacobs Engineering Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of January, 2018, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

          /s/ James F. Sanders