IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HARRY HEMINGWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:17-CV-00547-TAV-HBG |
| ) | |
| v. ) | JURY DEMANDED |
| ) | |
| JACOBS ENGINEERING GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S RESPONSE TO MOTION TO LIFT STAY

Defendant, Jacobs Engineering Group, Inc. ("Jacobs"), does not oppose lifting the stay in this case for the purpose of allowing the initiation of discovery. However, Jacobs opposes any request to set this case for trial at this time, for two reasons. First, this case is not ready to be set for trial, because no discovery has occurred. Second, trials in these proceedings and the remaining related cases should not be set until all post-trial motions to be filed by Jacobs in *Adkisson et al. v. Jacobs Engineering Group*, Case No. 3:13-cv-505, and any related appeals, have been resolved, for the same reasons that the Court stayed these proceedings pending the outcome of the Phase I trial.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ James F. Sanders
    James F. Sanders    No. 005267
    jsanders@nealharwell.com
    J. Isaac Sanders    No. 029372
    isanders@nealharwell.com
    Marie T. Scott    No. 032771
    mscott@nealharwell.com
1201 Demonbreun Street
Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

SMITH CASHION & ORR, PLC
Jefferson C. Orr    No. 12743
jorr@smithcashion.com
S. Joe Welborn    No. 21747
jwelborn@smithcashion.com
Joshua K. Chesser    No. 27993
jchesser@smithcashion.com
231 Third Avenue North
Nashville, Tennessee 37201
Telephone:    (615) 742-8555
Facsimile:    (615) 742-8556

*Attorneys for Defendant*
*Jacobs Engineering Group, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of November, 2018, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                                /s/     James F. Sanders